ALBANY,
August, 1816.

SPAFFORD
v.
GRIFFEN.

Judgment for the plaintiff.

---

## SPAFFORD *against* GRIFFEN.

A person who has a family, but is not a freeholder, is exempted from imprisonment on an execution issuing out of a justice's court, although he reside in a different county from that in which the judgment was rendered.
But the justice's refusal to endorse the defendant's exemption on the execution, is no ground for reversing the judgment.

IN ERROR, on *certiorari* to a justice's court.

Judgment having been given in the court below against the plaintiff in error, he claimed exemption from imprisonment, on the ground that he had a family, and was not a freeholder; but, it appearing that he was an inhabitant of another county, the justice refused to grant it, and execution was issued against him in the usual form.

*Per Curiam.* The proviso in the 11th section of the act, (1 *N. R. L.* 393.,) provides, " that if the defendant shall, on the hearing of the cause, prove that he has a family in this state, for which he provides, and is not a freeholder, then the justice shall, at the time of issuing execution, endorse such proof thereon," which shall exempt the defendant from imprisonment, upon his paying by monthly instalments, &c.

It appears that the justice, in this case, improperly refused to endorse that proof upon the execution; but his mistake, or misconduct, in not making that endorsement, is no ground for reversing the judgment. Whether an action will lie against the justice, or the plaintiff below, for that omission, is a question not now before us. (*Percival* v. *Jones,* 2 *Johns. Cas.* 49.)

Judgment affirmed.